# KUMAZO MATSUMURA *v.* THE COUNTY OF HAWAII.

## RESERVED QUESTION FROM CIRCUIT COURT, FOURTH CIRCUIT.

SUBMITTED OCTOBER 5, 1908.                    DECIDED OCTOBER 8, 1908.

### HARTWELL, C.J., WILDER AND BALLOU, JJ.

JUDGES—*disqualification.*

> A judge is not disqualified under Sec. 84 Organic Act from sitting at the trial of a cause upon the facts in issue by reason of having sustained a demurrer to the plaintiff's declaration, which ruling was reversed by the appellate court.

### OPINION OF THE COURT BY HARTWELL, C.J.

Upon the case coming up for trial in the circuit court upon the issue made by the defendant's plea of general denial the plaintiff objected to the judge on the ground that in sustaining the defendant's demurrer which this court overruled on exceptions (19 Haw. 18,) and by entering judgment for the defendant he was disqualified under Sec. 84 of the Organic Act which prohibits a judge from sitting "on an appeal or new trial in any case in which he may have given a previous judgment." The question whether this was a disqualification was reserved by the judge for the consideration of this court.

The plaintiff contends that the case was decided by the judge in sustaining the demurrer on the ground of the defendant's

nonliability and that the decision was equivalent to giving a judgment in the case, the plaintiff not amending his declaration, and also that a trial of the case on the facts would be a new trial within the provision of the act. It is immaterial whether this is the kind of judgment intended by the statute to disqualify from sitting upon a new trial which means that the case shall have had a previous trial on an issue of fact. The statute must be taken to refer to the new trial known to the common law. See Bouvier's Law Dictionary and common law writers, passim.

The question reserved is answered in the negative.

*Carl S. Smith* for plaintiff.

*Charles Williams, County Attorney of Hawaii,* for defendant.